# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al*, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) Case No. 4:24CV00520 SEP |
| JOSEPH R. BIDEN, JR., *et al*, | ) ) ) |
| Defendant(s). | ) ) |

## CLERK'S ORDER OF REASSIGNMENT

At the direction of the Court, the above-styled cause must be reassigned to another judge.

Accordingly, this matter is reassigned to the Honorable John A. Ross, United States District Judge.

Date: April 10, 2024

NATHAN M. GRAVES
CLERK OF COURT

By: _____
Chief Deputy - Operations

**In all future documents filed in this cause of action, please use the following case number: 4:24CV00520 JAR.**