UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, <br> STATE OF ARKANSAS, <br> STATE OF FLORIDA, <br> STATE OF GEORGIA, <br> STATE OF NORTH DAKOTA, <br> STATE OF OHIO, and <br> STATE OF OKLAHOMA <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official Capacity as President of the United States, <br><br> MIGUEL A. CARDONA, in his official Capacity as Secretary, United States Department of Education, and <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 4:24-cv-00520-JAR |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to Exceed the Page Limit for the Memorandum in Support of their Motion to Stay or, in the Alternative, a Temporary Restraining Order and Preliminary Injunction. ECF No. 8. For good cause shown, the Court will grant the Plaintiffs' Motion for Leave to Exceed the Page Limit.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Exceed the Page Limit for the Memorandum in Support of their Motion to Stay or, in the Alternative, a Temporary Restraining Order and Preliminary Injunction is **GRANTED**.  ECF No. 8.  The Clerk's Office shall detach the accompanying Memorandum (ECF No. 8-1) and separately file it.

**IT IS FURTHER ORDERED** that the Parties shall meet and confer in good faith and, no later than **April 22, 2024**, file proposed scheduling plans for briefing the issues raised in Plaintiffs' Motion to Stay or, in the alternative, Motion for Temporary Restraining Order (ECF No. 6) and Plaintiffs' Motion to Stay or, in the alternative, Motion for Preliminary Injunction (ECF No. 7).

Dated this 16th day of April, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**