# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF NORTH DAKOTA,<br>STATE OF OHIO, and<br>STATE OF OKLAHOMA<br><br>  *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States,<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-cv-520<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Nicholas J. Bronni, attorney with the Office of the Arkansas Attorney General, hereby enters his appearance in the case as counsel for Plaintiff State of Arkansas.

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General of Arkansas

                /s/ *Nicholas J. Bronni*
                Nicholas J. Bronni
                 *Solicitor General*

>                                   OFFICE OF THE ARKANSAS
>                                     ATTORNEY GENERAL
>                                   323 Center Street, Suite 200
>                                   Little Rock, AR 72201
>                                   (501) 682-6302
>                                   Nicholas.Bronni@arkansasag.gov
>
>                                   *Counsel for State of Arkansas*