UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, | ) | |
| STATE OF ARKANSAS, | ) | |
| STATE OF FLORIDA, | ) | |
| STATE OF GEORGIA, | ) | |
| STATE OF NORTH DAKOTA, | ) | |
| STATE OF OHIO, and | ) | |
| STATE OF OKLAHOMA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 4:24-cv-00520-JAR |
| | ) | |
| JOSEPH R. BIDEN, Jr. in his official capacity as President of the United States, | ) ) ) | |
| | ) | |
| MIGUEL A. CARDONA, in his official capacity as Secretary, United States Department of Education, | ) ) ) ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I, Joshua M. Divine, having personal knowledge attest that:

1. I am over 18 years of age and not a party to the captioned case.

2. On April 9, 2024, the complaint in this case, with exhibits, was filed.

3. On April 9, 2024, the clerk's office for the U.S. District Court for the Eastern District of Missouri issued summonses for all defendants.

4. On April 10, 2024, I caused a copy of the Summons, Complaint and exhibits to be served on Sayler A. Fleming, U.S. Attorney, by certified mail at the address shown on the postmarked certified mail receipt attached hereto as Exhibit A.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: April 19, 2024               Respectfully submitted,

**ANDREW BAILEY**
ATTORNEY GENERAL

*/s/ Joshua M. Divine*
Joshua M. Divine, #69875
　*Solicitor General*
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-8345
Josh.Divine@ago.mo.gov
***Counsel for Plaintiff State of Missouri***

**CERTIFICATE OF SERVICE & COMPLIANCE**

I certify that on April 19, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of

the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

I further certify that the foregoing document contains 126 words, exclusive of matters designated for omission, as counted by Microsoft Word.

*/s/ Joshua M. Divine*