# EXHIBIT A

Case: 4:24-cv-00520-JAR   Doc. #: 14-1   Filed: 04/19/24   Page: 1 of 2 PageID #: 650

