# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Missouri

State of Missouri, et al

    Plaintiff(s),

vs.

Joseph R. Biden, Jr., in his official capacity as President of the United States, et al

    Defendant(s).

Attorney: Joshua M. Divine

Office of Missouri Attorney General
815 Olive Street, Suite 200
St. Louis MO 63101

*314599*

Case Number: 4:24-cv-00520

Legal documents received by Same Day Process Service, Inc. on **04/11/2024** at **7:00 AM** to be served upon **Attorney General of the United States, ATTN: Assistant Attorney General for Administration, U.S. Department of Justice** at **950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **April 11, 2024** at **4:40 PM**, I did the following:

Served **Attorney General of the United States, ATTN: Assistant Attorney General for Administration, U.S. Department of Justice** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Original Filing Form; Exhibits** by Certified Mailing to Attorney General of the United States, ATTN: Assistant Attorney General for Administration, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 04/11/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052702083975036 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Cora Heishman
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:314599

