# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-520-JAR |

## DEFENDANTS' CONSENT MOTION FOR A PAGE EXTENSION

Defendants respectfully request leave to file a combined brief in support of their forthcoming motion to dismiss and in opposition to Plaintiffs' motions for a temporary restraining order and a preliminary injunction, not to exceed 60 pages. As good cause for this request, to which Plaintiffs consent, Defendants offer the following:

1. Under Local Rule 4.01(D), a party may file "any motion, memorandum, or brief which exceeds fifteen (15) numbered pages" with leave of the Court.

2. Plaintiffs requested leave to file 35 additional pages (*i.e.*, a total of 50 pages) for their brief in support of their motions for preliminary injunctive relief, which Defendants did not oppose. ECF No. 8. The Court granted that request. ECF No. 9.

3. Per the Court's recent Memorandum & Order, ECF No. 17, Defendants' deadline to file one combined brief in support of their forthcoming motion to dismiss and in opposition to Plaintiffs' motions for injunctive relief is this Tuesday, May 7.

4. To fully respond to Plaintiffs' 50-page brief, and also to fully present all arguments in support of Defendants' motion to dismiss, Defendants respectfully request leave to file 30 additional

pages (*i.e.*, a total of 60 pages) for their forthcoming combined brief. The additional pages are necessary to adequately address all the issues at stake in this matter of nationwide significance.

5. Before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion.

Dated: May 4, 2024                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
 Senior Trial Counsel
SIMON G. JEROME (D.C. Bar No. 1779245)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*