**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-520-JAR |

# EXHIBIT 6

**MOHELA Financial Summary (March 31, 2024)**



# Financial Summary
## Period Ended March 31, 2024
### Unaudited, Non GAAP, Non GASB

Assets + Deferred Outflows: $923,155,048
Net Position: $190,659,001
Liabilities + Deferred Inflows: $732,496,048
Debt Outstanding: $640,989,596
YTD Income/(Loss): ($36,017,189*)
YTD Expenses as % of loans owned & serviced: 0.09%
Equity Ratio: 20.65%
ROAA Before Distribution: -3.89%
ROE Before Distribution: -20.99%
Unencumbered Equity Ratio: 11.32%
Servicing & Admin Draw Weighted Average Rate: 0.85%
Weighted Average Bond Interest Rate: 5.15%
Federal Asset, FFELP, Cash, & Pathway Loans Owned & Third Party Serviced: $381,940,768,561
Federal Asset, FFELP, Cash, & Pathway Accounts Owned & Third Party Serviced: 8,567,058
FFELP, Cash, & Pathway Loans Owned: $736,123,132
FFELP Loans Owned: $630,194,935
Cash Loans Owned: $25,952,545
Pathway Loans Owned: $76,789,672
Judgment Loans Owned: $3,185,980
FFELP, Cash, Pathway & Judgment Accounts Owned: 37,425
Federal Asset Principal Serviced: $362,932,890,648
Federal Accounts Serviced: 8,172,015
Third Party Lender Principal Serviced: $18,271,754,781
Third Party Lender Accounts Serviced: 357,618
ISA Principal Serviced: $40,769,599
ISA Accounts Serviced: 3,154
Current Month Avg Federal Asset Revenue per Federal Accounts Serviced: $2.21

*Includes $2 million to Bright Flight, $2 million to Access Missouri, $2 million to A+ Scholarship Program

### General Fund

Assets: $209,773,434
Loans: $122,688,431
Note Payable: $7,323,459
Interest Rate: 1 Month CME Term SOFR+1.85%
Balloon Date: 3/15/25
Prepayment Penalty as of 03/31/24: $0

### Lease Terms

DC Expiration: 1/31/26

### 2021-3 Trust Indenture

Assets: $123,969,083
Loans: $106,281,469
Bonds Outstanding: $109,931,802
YTD Inc./(Loss): $737,498
Parity 02/29/24: 105.51%

A/L 02/29/24: 112.21%

Pool/Initial Balance: 54.9%
Portfolio Balance for 10% Requirement: $20 million
Bond Maturity: 8/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 106.5% with min adj pool balance of $66M

Class A-1A  $15 million
Fixed Rate 1.58%
DBRS Rating: AAA
S&P Rating: AA+

Class A-1B  $178 million
1 Month SOFR + 0.57%
DBRS Rating: AAA
S&P Rating: AA+

Class B  $4.5 million
1 Month SOFR + 1.15%
DBRS Rating: A
S&P Rating: AA

### 2021-1 Trust Indenture

Assets: $262,978,936
Loans: $233,438,387
Bonds Outstanding: $232,585,018
YTD Inc./(Loss): $3,389,025
Parity 02/29/24: 105.39%

A/L 02/29/24: 112.55%

Pool/Initial Balance: 53.3%
Portfolio Balance for 10% Requirement: $46 million
Bond Maturity: 1/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 105.5% with min adj pool balance of $96M

Class A-1A  $135 million
Fixed Rate 1.53%
DBRS Rating: AAA
S&P Rating: AA+

Class A-1B  $301 million
1 Month SOFR + 0.75%
DBRS Rating: AAA
S&P Rating: AA+

Class B  $10 million
1 Month SOFR + 1.52%
DBRS Rating: A
S&P Rating: AA

### 2021-2 Trust Indenture

Assets: $323,236,590
Loans: $273,714,846
Bonds Outstanding: $291,149,317
YTD Inc./(Loss): $3,325,792
Parity 02/29/24: 103.16%

A/L 02/29/24: 110.61%

Pool/Initial Balance: 54.4%
Portfolio Balance for 10% Requirement: $53 million
Bond Maturity: 3/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 105.3% with min adj pool balance of $115M

Class A-1A  $125 million
Fixed Rate 1.97%
DBRS Rating: AAA
S&P Rating: AA+

Class A-1B  $387 million
1 Month SOFR + 0.70%
DBRS Rating: AAA
S&P Rating: AA+

Class B  $11.9 million
1 Month SOFR + 1.50%
DBRS Rating: A
S&P Rating: AA