**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

STATE OF MISSOURI, *et al.*,

         *Plaintiffs*,

   v.

JOSEPH R. BIDEN, JR., in his official
capacity as President of the United States,
*et al.*,

         *Defendants*.

Case No. 4:24-cv-520-JAR

# EXHIBIT 7

**MOHELA Investor Presentation (Feb. 2024)**

# Higher Education Loan Authority of the State of Missouri ("MOHELA")

## Investor Presentation

February 2024



Presented by: Frank Reyes

Director of Finance & CFO



# Important Information

THE INFORMATION CONTAINED IN THIS PRESENTATION IS FOR DISCUSSION PURPOSES ONLY.

No securities are being offered hereby. If the securities described herein or other securities are ultimately offered, they will be offered only pursuant to an offering memorandum and prospective investors who consider purchasing any such securities should make their investment decisions based upon the information provided therein and consultation with their advisors. The information herein relates to an offering of securities that is exempt from the registration requirements of the Securities Act of 1933. Investors are urged to read the final offering memorandum relating to these securities because it contains important information regarding the offering that is not included herein. All information in this presentation, whether regarding the securities or the assets securing any securities discussed herein or otherwise, will be superseded by the information contained in any final offering memorandum for any securities actually sold to you. Any investment decision with respect to the securities should be made by you based upon the information contained in the final offering memorandum relating to the securities. This information is not an offer to sell or a solicitation of an offer to buy these securities in any state where such offer, solicitation or sale is not permitted.

The following information may contain general, summary discussions of certain tax, regulatory, accounting and/or legal issues relevant to the proposed transaction. Any such discussion is necessarily generic and may not be applicable to or complete for any particular recipient's specific facts and circumstances. MOHELA is not offering and does not purport to offer tax, regulatory, accounting or legal advice and this information should not and cannot be relied upon as such. Prior to entering into any proposed transaction, recipients should determine, in consultation with their own legal, tax, regulatory and accounting advisors, the economic risks and merits, as well as the legal, tax, regulatory and accounting characteristics and consequences, of the transaction.

These materials contain forward-looking statements, such as projections or other estimates, including estimates of returns or performance, and are based upon certain assumptions and are preliminary in nature. Actual results are difficult to predict and may depend upon events outside MOHELA's control. Actual events may differ from those assumed and changes to any assumptions may have a material impact on any projections or estimates. Other events which were not taken into account may occur and may significantly affect the analysis. Certain assumptions may have been made for modeling purposes only to simplify the presentation and/or calculation of any projections or estimates, and MOHELA does not purport that any such assumptions will reflect actual future events. Accordingly, there can be no assurance that estimated returns or projections will be realized or that actual returns or performance results will not be materially different than those estimated herein. Any such estimated returns and projections should be viewed as hypothetical. Recipients should conduct their own analysis, using such assumptions as they deem appropriate, and should fully consider other available information in making a decision regarding these transactions. Past performance is not necessarily indicative of future results. Price and availability are subject to change without notice. MOHELA undertakes no obligation to revise these forward-looking statements to reflect subsequent events or circumstances, and MOHELA does not undertake or have any responsibility to notify you of any changes to the attached information.





© 2024 MOHELA                2

## Important Information

Notwithstanding any other expressed or implied agreement, arrangement, or understanding to the contrary, each recipient hereof is deemed to agree that such recipient (and their respective employees, representatives, and other agents) may disclose to any and all persons, without limitation of any kind from the commencement of discussions, the U.S. federal income tax treatment of the transaction ("tax treatment") and any fact that may be relevant to understanding the tax treatment of the transaction described herein ("tax structure") and all materials of any kind (including opinions or other tax analyses) that are provided to such person relating to such tax treatment and tax structure, except where confidentiality is reasonably necessary to comply with securities laws (including, where applicable, confidentiality regarding the identity of an issuer of securities or its affiliates, agents and advisors).

The offer or sale of securities or transactions may be restricted by law.  Additionally, transfers of any such securities or instruments may be limited by law or the terms thereof.  Unless noted herein, MOHELA has neither taken nor will take any action in any jurisdiction that would permit a public offering of the securities, or possession or distribution of any offering material in relation thereto, in any country or jurisdiction where action for such purpose is required.  Recipients are required to inform themselves of and comply with any legal or contractual restrictions on their purchase, holding, sale, exercise of rights or performance of obligations under any transaction. MOHELA does not undertake or have any responsibility to notify you of any changes to the attached information.  MOHELA works with investment banks that may have positions in, and may effect transactions in, securities and instruments of MOHELA and may also perform or seek to perform investment banking services for MOHELA.  Additional information is available upon request.

With respect to any UK recipients, this communication is directed only to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).

We would like to remind you that there will be forward looking statements made during this presentation. The forward looking statements may differ materially from actual results and are subject to certain risks and uncertainties. MOHELA does not intend to update any forward looking statements made during this presentation except as expressly indicated in the form of continuing disclosure agreement attached to the offering memorandum.

The information in this presentation is for discussion purposes only. All information in this presentation, whether regarding the securities or the assets securing any securities discussed herein or otherwise, will be superseded by the information contained in any final offering memorandum for any securities actually sold to you. A final offering memorandum has been furnished to each person authorized to receive this transmission.  You should refer to the final offering memorandum for more complete information about the offering.  By accessing or using these materials, each viewer shall be deemed to have agreed not to copy, download, record, print reproduce or distribute or retransmit the materials in any way, in whole or in part, to any other person.  If hard copies of these materials are provided, they must be returned to the presenters immediately after completion of the presentation.





© 2024 MOHELA

# Table of Contents

| | |
|---|---|
| **Section 1** | Executive Summary |
| **Section 2** | MOHELA Organization Overview |
| **Section 3** | MOHELA Servicing Operations |
| **Section 4** | MOHELA Financial Overview |
| **Section 5** | Investor Reporting |





**Section 1**

# Executive Summary





# Executive Summary

**The Higher Education Loan Authority of the State of Missouri ("MOHELA" or the "Authority") is pleased to meet with you to discuss the company, its operations and business strategy**

MOHELA is a public instrumentality and body politic and corporate of the State of Missouri

- Established in 1981 pursuant to the Authorizing Act[1], the Authority was initially formed to serve in various capacities to assure that all eligible post-secondary education students have access to post-secondary education loans

  - The Authority currently finances, acquires and services student loans including, Federal Family Education Loan Program ("FFELP"), Federal Direct Student Loan Program ("FDLP"), third party owned private loans and Supplemental loans

- Since its inception, MOHELA has maintained a consistent presence in the student loan industry

  - A committed holder of student loans with $669.0 million[2] of FFELP and $107.0 million private student loans owned[2]

  - Provider of more than $48.6 million[2] in student loan forgiveness, helping Missouri students attend Missouri schools

  - Administrator of the Missouri Scholarship & Loan Foundation, a tax-exempt nonprofit 501(c)(3) organization that has originated $30.6 million in an interest free loan program for Missouri students to date

Notes

(1)  Authorizing Act is the Missouri Higher Education Loan Authority Act, Title XI, Chapter 173, Section 173.350 to 173.445 of the Missouri Revised Statutes, inclusive as amended

(2)  As of January 31, 2024





# Executive Summary

**The Higher Education Loan Authority of the State of Missouri ("MOHELA" or the "Authority") is pleased to meet with you to discuss the company, its operations and business strategy**

MOHELA is a public instrumentality and body politic and corporate of the State of Missouri

- The Authority has solidified its reputation as an experienced and capable servicer of student loans

  – The Authority is a leading servicer of student loans with over $375.8 billion[2] in student loan assets serviced

  – Pursuant to the Health Care and Education Reconciliation Act of 2010 ("HCERA"), effective October 2011, MOHELA became the first nonprofit (non-Title IV Additional Servicer ("TIVA")) entity contracted to service student loans originated under the FDLP

  – MOHELA is contracted for federal and private student loan servicing and currently services 8.0 million FDLP borrower accounts, representing $356.7 billion and over 357,000 third party owned private loans, representing $18.4 billion[2]

  – Entered into a Binding Letter of Intent to service over $60 billion in FFELP and private loan portfolios owned and serviced by Navient

- The Authority has solidified its reputation as an experienced and capable servicer of federal and private student loan assets serviced. With MOHELA's diversified revenue sources, MOHELA will continue to maintain a consistent presence in the student loan industry.

**Notes**

(2) As of January 31, 2024





© 2024 MOHELA

**Section 2**

## MOHELA Organization Overview





# Overview of MOHELA

**Mission**
- To ease the burden of financing higher education in Missouri while providing exceptional student loan services

**Vision**
- Be a nationally recognized leader in student loan servicing and higher education financing
- Have the capacity and capability to leverage federal contracting and other business-related opportunities
- Be recognized as an ethical, transparent and prudent steward of assets

## Providing Students Access to Higher Education since 1981
**Experienced Management Team with Extensive Student Loan Experience**

MOHELA was initially established pursuant to the Authorizing Act for the purpose of ensuring that all eligible post-secondary students have access to federally guaranteed student loans, with a directive to: finance and acquire loans; administer and service loans; and, originate Supplemental loans

- Headquartered in Chesterfield, Missouri, MOHELA's current staff of 1,277 employees and 2,010 subcontractors perform customary loan servicing, administrative, and advisory functions

- Business lines include the management and servicing of its existing portfolio, servicing of Federal owned student loan assets, Specialty Loan Servicing for private loans and income share agreements, and business process operations non-servicing federal contract





© 2024 MOHELA

9

# ORGANIZATION OVERVIEW
## Audit

- Unmodified Opinion for FY2023 Financial Statement Audit and Unmodified Opinion for FY2023 Uniform Guidance Audit by Ernst & Young

- SSAE 18 Audits
  - ➤ Specialty Servicing SSAE-18 delivered January 26, 2024 covering the servicing period of 1/1/2023-12/31/2023
  - ➤ Annual Specialty Servicing SSAE-18 completed based on lender request covering calendar year servicing periods and issued by end of Q1 each year
  - ➤ Federal Servicing SSAE-18 delivered August 11, 2023 covering the servicing period of 1/1/2023-6/30/2023 and February 14, 2024 covering the period 7/1/2023-12/31/2023

- Periodic USDE and Guarantor Reviews

- Subject to CFPB Audit

- Additional financial, audit and other information can be found on our website at www.mohela.com under the About Us section





# ORGANIZATION OVERVIEW
## Business Strategy and Outlook

**MOHELA's Operational Strategy and Outlook**

- MOHELA has repositioned its student lending business for future growth opportunities for contracted servicing:
  - MOHELA began servicing FDLP for the Department of Education October 2011 and continues to pursue servicing contract opportunities
  - Processing for third party servicer(s) contracted with the Department of Education began February 2015. Servicing tasks have expanded to include:
    - Income Driven Repayment Plans
    - Deferment and Forbearance Requests
    - Enrollment Monitoring and Account Status Updates
    - Credit Dispute Processing
  - Servicing for third party private loan lenders began in February 2015. MOHELA services refinanced and in-school student and parent loan portfolios for third party clients
  - As of September 2019 Specialty Servicing has expanded servicing into the Income Share Agreement space
  - Business Process Operations non-servicing contract with the Department of Education was awarded in June 2020
  - September 2021 started transitioning loans in the FDLP from a federal servicer exiting the federal servicing business
  - As of July 1, 2022, MOHELA became the Public Service Loan Forgiveness program federal servicer
  - In January 2024, MOHELA entered into a Binding Letter of Intent to service the Navient owned and serviced portfolios





**Section 3**

# MOHELA Servicing Operations





# MOHELA SERVICING OPERATIONS

## MOHELA Serviced Student Loan Portfolio
## FFELP, Supplemental and FDLP Loans

**MOHELA Portfolio**
- As of 01/31/2024, Total loans owned $776.0 million and 39,547 accounts
  - $669.0 million in FFELP and 35,031 accounts
  - $107.0 million in Supplemental and 4,516 accounts
- As of fiscal year-end 2023,
  - $762.1 million in FFELP loans and $111.0 million of Supplemental loans[2]
- MOHELA currently services 100% of its student loan portfolio

**FDLP Portfolio**
- As of 01/31/2024, Federal Asset principal serviced $356.7 billion and 8,039,054 accounts
- As of fiscal year-end 2023, Federal Asset principal serviced $344.4 billion and 7,830,174 accounts[2]

**Lender Portfolio**
- As of 01/31/2024, Total lender loans serviced $18.4 billion and 351,009 accounts
- As of fiscal year-end 2023, Total lender loans serviced $18.0 billion and 334,348 accounts[2]

### Servicer of Nearly 8.4 Million Borrower Accounts, or $375.8 Billion of Student Loans[1]

- MOHELA utilizes Pennsylvania Higher Education Assistance Agency's ("PHEAA") proprietary remote servicing platform "COMPASS" to perform its servicing operations
  - COMPASS is a mainframe-based decision support tool utilized by external client personnel as well as academic institutions and other educational servicing agencies
- MOHELA services the majority of its student loan portfolio financed through ABS transactions, with AES serving as backup servicer
- MOHELA has expanded student loan servicing to include:
  - Specialty Loan Servicing of private student loans for other organizations
  - Task processing for another federal contractor
  - Income Share Agreement Servicing for another lender
  - Public Service Loan Forgiveness

**Notes**

(1)  As of January 31, 2024
(2)  As of June 30, 2023





**Section 4**

# MOHELA Financial Overview





# MOHELA Financial Overview
## Balance Sheet Position Highlights(1)

MOHELA is a quasi-state agency that follows GASB guidelines for accounting purposes

Strategic movement from owning to servicing loans results in reduction in total assets over time, but stable net income and net position

- Total assets and deferred outflows of resources decreased $216.1 million from $1.307 billion at 6/30/2022 to $1.091 billion at 6/30/2023. This decrease was primarily driven by decrease in student loan receivable of $233.4 million

- Total liabilities and deferred inflows of resources decreased $243.8 million from $1.108 billion at 6/30/2022 to $864 million at 6/30/2023, resulting in an increase in net position of $27.6 million. The decrease in total liabilities was primarily due to a decrease in bonds payable of $255.4 million.

- Net position is $226.7 million at 6/30/2023

**Notes**
1. MOHELA stand alone as of June 30, 2023





# MOHELA Financial Overview
## Income Statement Highlights[1]

MOHELA's operating income is distributed to supporting higher education initiatives in the State of Missouri and to the Missouri Scholarship and Loan Foundation to support philanthropic endeavors such as scholarships, grants and interest-free loans.

- Total operating revenues increased 139% or $201.3 million from $144.3 million in fiscal year 2022 to $345.6 million in fiscal year 2023
  - Primarily due to an increase in net servicing revenue

- Total operating expenses increased 137% or $180.3 million from $131.6 million in fiscal year 2022 to $311.9 million in fiscal year 2023
  - Primarily due to an increase general and administrative expenses related to salaries and employee benefits and computer services

- Total operating income increased 165% or $21.0 million from $12.7 million in fiscal year 2022 to $33.7 million in fiscal year 2023

- Total distributions of operating income decreased 76% or $19.0 million from $25.0 million in fiscal year 2022 to $6.0 million in fiscal year 2023.

**Notes**
1. MOHELA stand alone as of June 30, 2023





## Financial Summary
### Period Ended January 31, 2024
### Unaudited, Non GAAP, Non GASB

Assets + Deferred Outflows: $988,947,997
Net Position: $184,998,416
Liabilities + Deferred Inflows: $803,949,581
Debt Outstanding: $691,110,249
YTD Income/(Loss): ($41,677,774*)
YTD Expenses as % of loans owned & serviced: 0.09%
Equity Ratio: 18.71%
ROAA Before Distribution: -5.83%
ROE Before Distribution: -33.06%
Unencumbered Equity Ratio: 10.12%
Servicing & Admin Draw Weighted Average Rate: 0.85%
Weighted Average Bond Interest Rate: 5.16%
Federal Asset, FFELP, Cash, & Pathway Loans Owned & Third Party Serviced: $375,830,107,364
Federal Asset, FFELP, Cash, & Pathway Accounts Owned & Third Party Serviced: 8,435,788
FFELP, Cash, & Pathway Loans Owned: $775,980,862
FFELP Loans Owned: $669,022,441
Cash Loans Owned: $26,634,215
Pathway Loans Owned: $77,137,891
Judgment Loans Owned: $3,186,315
FFELP, Cash, Pathway & Judgment Accounts Owned: 39,547
Federal Asset Principal Serviced: $356,662,335,786
Federal Accounts Serviced: 8,039,054
Third Party Lender Principal Serviced: $18,391,790,716
Third Party Lender Accounts Serviced: 357,187
ISA Principal Serviced: $37,447,476
ISA Accounts Serviced: 2,844
Current Month Avg Federal Asset Revenue per Federal Accounts Serviced: $2.23

*Includes $2 million to Bright Flight, $2 million to Access Missouri, $2 million to A+ Scholarship Program

**General Fund**

Assets: $219,414,032
Loans: $122,061,470
Note Payable: $7,543,299
Interest Rate: 4.24% Fixed
Balloon Date: 3/15/24
Prepayment Penalty as of
12/31/23: $0

**Lease Terms**

DC Expiration:
1/31/26

**2021-3**
**Trust Indenture**

Assets: $134,290,207
Loans: $113,828,443
Bonds Outstanding: $120,593,390
YTD Inc./(Loss): $579,631
Parity 12/31/23: 103.20%

A/L 12/31/23: 111.35%

Pool/Initial Balance:59.1%
Portfolio Balance for 10%
Requirement:  $20 million
Bond Maturity: 8/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 106.5% with
min adj pool balance of $66M

Class A-1A  $15 million
Fixed Rate 1.58%
DBRS Rating:  AAA
S&P Rating:  AA+

Class A-1B  $178 million
1 Month SOFR + 0.57%
DBRS Rating: AAA
S&P Rating:  AA+

Class B  $4.5 million
1 Month SOFR + 1.15%
DBRS Rating:  A
S&P Rating:  AA

**2021-1**
**Trust Indenture**

Assets: $282,983,605
Loans: $247,913,863
Bonds Outstanding: $253,699,298
YTD Inc./(Loss): $2,760,430
Parity 12/31/23: 102.57%

A/L 12/31/23: 111.49%

Pool/Initial Balance:56.5%
Portfolio Balance for 10%
Requirement:  $46 million
Bond Maturity: 1/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 105.5% with
min adj pool balance of $96M

Class A-1A  $135 million
Fixed Rate 1.53%
DBRS Rating:  AAA
S&P Rating:  AA+

Class A-1B  $301 million
1 Month SOFR + 0.75%
DBRS Rating: AAA
S&P Rating:  AA+

Class B  $10 million
1 Month SOFR + 1.52%
DBRS Rating:  A
S&P Rating:  AA

**2021-2**
**Trust Indenture**

Assets: $347,731,068
Loans: $292,177,086
Bonds Outstanding: $316,817,561
YTD Inc./(Loss): $2,657,539
Parity 12/31/23: 100.92%

A/L 12/31/23: 109.79%

Pool/Initial Balance:58.1%
Portfolio Balance for 10%
Requirement:  $53 million
Bond Maturity: 3/25/2061
Restricted Recycling
S&A Draw: 0.85%
Parity Release at 105.3% with
min adj pool balance of $115M

Class A-1A  $125 million
Fixed Rate 1.97%
DBRS Rating:  AAA
S&P Rating:  AA+

Class A-1B  $387 million
1 Month SOFR + 0.70%
DBRS Rating: AAA
S&P Rating:  AA+

Class B  $11.9 million
1 Month SOFR + 1.50%
DBRS Rating:  A
S&P Rating:  AA





© 2024 MOHELA

# MOHELA FINANCIAL OVERVIEW

## Historical Trend Analysis



Assets Owned & Serviced



# MOHELA FINANCIAL OVERVIEW
## Historical Trend Analysis

### Revenue Diversification



**FY 2019**

$5,912,886
$18,498
$12,463,016
$10,686,835
$49,053,284

■ FFELP ■ DL ■ Specialty Servicing ■ Contracted Loan Servicing ■ Other



**FY 2024**

$7,975,240
$102,401
$3,631,919
$7,792,981
$133,799,993

■ FFELP ■ DL ■ Specialty Servicing ■ BPO ■ Other





**Section 5**

## Investor Reporting





# INVESTOR REPORTING
## MOHELA Investor Reporting Practices

**Investor Disclosure**
- Investor information is available under About Us/Investor Information at: https://www.mohela.com
  - Financial Disclosures
  - Servicing Reports
  - Offering Documents
  - Indentures

- Primary Contacts:
  - Frank Reyes
  - Director of Finance and CFO
  - frankr@mohela.com

  - Karen Lenk
  - Controller
  - karenle@mohela.com

### MOHELA Investor Relations Website
Reports to Bondholders

* Monthly servicing reports include, but are not limited to:
  - Waterfall distributions, including principal and interest distributions on the bonds
  - Outstanding note balances and applicable interest rates
  - Fees and expenses accrued and paid
  - Student loan profile
  - Trust balance sheet and parity levels
  - Trust income statement

* Servicing reports are posted to the Investor Information section of MOHELA's website under each respective bond indenture





# INVESTOR REPORTING
## Portfolio Statistics[1]
## As of January 31, 2024

| Bonds | $ Value of Total Portfolio | # of Total Borrowers | % of Total Portfolio | % of Total Borrowers |
|---|---|---|---|---|
| 2021-1 | $247,908,704 | 15,563 | 37.9% | 35.9% |
| 2021-2 | $292,174,623 | 19,139 | 44.7% | 44.1% |
| 2021-3 | $113,823,275 | 8,679 | 17.4% | 20.0% |
| Total | $653,906,602 | 43,381 | 100.0% | 100.0% |

Note:
(1)  Duplication of borrowers between trusts could exist



# IBR PORTFOLIO
**Portfolio Statistics**
**As of January 31, 2024**

| Bonds | $ Value of Total Portfolio | $ IBR Principal Balance | $ IBR Principal as a % of Total Portfolio | $ IBR Principal Bal. $0 Payments | $ IBR Principal Bal. $0 Payments as a % of Total Portfolio |
|---|---|---|---|---|---|
| 2021-1 | $247,908,704 | $96,695,086 | 39.0% | $61,194,978 | 24.7% |
| 2021-2 | $292,174,623 | $126,337,336 | 43.2% | $78,728,963 | 26.9% |
| 2021-3 | $113,823,275 | $44,106,584 | 38.8% | $27,938,037 | 24.5% |
| Total | $653,906,602 | $267,139,006 | 40.9% | $167,861,978 | 25.7% |





# DELINQUENCY PORTFOLIO
**Portfolio Statistics**
**As of January 31, 2024**

| Bonds | Current (0-30) | 31-90 | 91-270 | 270+ | Total |
|---|---|---|---|---|---|
| 2021-1 | $216,716,064 | $10,438,254 | $17,717,488 | $3,036,898 | $247,908,704 |
| 2021-2 | $259,666,634 | $11,331,694 | $18,592,720 | $2,583,575 | $292,174,623 |
| 2021-3 | $100,332,398 | $4,542,072 | $8,039,210 | $909,595 | $113,823,275 |
| Total | $576,715,096 | $26,312,020 | $44,349,418 | $6,530,068 | $653,906,602 |





# RUNOFF OF PORTFOLIO
## Portfolio Statistics
## As of January 31, 2024

| Bonds | 6/30/2022 | 9/30/2022 | 12/31/2022 | 3/31/2023 | 6/30/2023 | 9/30/2023 | 12/31/2023 | 1/31/2024 |
|-------|-----------|-----------|------------|-----------|-----------|-----------|------------|-----------|
| 2021-1 | $372,791,157 | $350,213,103 | $306,421,627 | $293,089,539 | $282,412,131 | $270,577,643 | $255,445,695 | $247,908,704 |
| 2021-2 | $434,698,279 | $407,726,263 | $360,733,676 | $345,582,964 | $334,243,736 | $321,579,200 | $301,436,284 | $292,174,623 |
| 2021-3 | $170,528,289 | $159,575,165 | $141,090,603 | $134,451,586 | $129,845,855 | $125,396,020 | $117,547,357 | $113,823,275 |
| Total | $978,017,725 | $917,514,532 | $808,245,907 | $773,124,088 | $746,501,722 | $717,552,863 | $674,429,336 | $653,906,602 |





# INVESTOR REPORTING
**Information Homepage**



| Log In | Register |

Make a Payment  |  Repayment Options  |  Payment Methods  |  PSLF ▾  |  TEACH Grant ▾  |  Info Center  |  Contact Us  |  🔍 SEARCH

## Investor Information

MOHELA undertakes no responsibility for updating, adding or supplementing documents, data or reports provided on this website. If MOHELA does provide any updated, additional or supplementary documents, data or reports at any time without notice, it does not undertake to continue to do so. MOHELA may discontinue the provision of such documents, data and reports at any time without notice. Any reference to the Bonds, and any other securities referenced herein, in the Official Statements referenced above, or in or via any link herein, does not constitute any offer to sell or the solicitation of an offer for the purchase or sale of the Bonds or any other securities. MOHELA is not responsible for the accuracy of any information on any website to which a link is contained herein or on MOHELA's website. Such links are provided merely for the convenience of Bondholders. By accessing and viewing a document, data or report from, or via a link from, this website, the reader acknowledges that you have read and understand the disclaimers included on the MOHELA website and that you accept and agree with the conditions and limitations set forth herein and therein.

| | |
|---|---|
| Event Notice NRMSIRs Filings and Investor Presentations | + |
| " Bond Resolution Quarterly/Monthly Financial Data - See Individual Trust Heading | + |
| Continuing Financial Disclosures | + |
| Municipal Securities Rulemaking Board/EMMA website (Official Statements, Ratings, Etc.) | + |
| MOHELA Financial Summaries | + |
| Bond Rates FY 2012- FY 2023 | + |
| Claim Reject Rates | + |
| Claim Payments Received | + |
| 2021-1 Trust Indenture | + |
| 2021-2 Trust Indenture | + |
| 2021-3 Trust Indenture | + |



