## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Missouri

**State of Missouri, et al**

    Plaintiff(s),

vs.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Joshua M. Divine

Office of Missouri Attorney General
815 Olive Street, Suite 200
St. Louis MO 63101


*314598*

**Case Number: 4:24-cv-00520**

Legal documents received by Same Day Process Service, Inc. on **04/11/2024** at **6:59 AM** to be served upon **The Honorable Joseph R. Biden, Jr., President of the United States at The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500**

I, **Cora Heishman**, swear and affirm that on **April 23, 2024** at **3:48 AM**, I did the following:

Served **The Honorable Joseph R. Biden, Jr., President of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Original Filing Form; Exhibits** **by Certified Mailing to** The Honorable Joseph R. Biden, Jr., President of the United States at The White House, 1600 Pennsylvania Ave., NW, Washington, DC 20500.

**Supplemental Data Appropriate to this Service:** On 04/11/2024, a copy of the legal documents was certified mailed to the subject with receipt number: 9589071052702083975029 to the address of: 1600 Pennsylvania Ave., NW, Washington, DC 20500. A check of the USPS website found the legal documents were delivered on 04-23-2024 at 3:48 am. On 05-03-2024, the domestic return receipt was returned indicating it was delivered.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Cora Heishman_ (signature)
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:314598

