**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA,<br>STATE OF GEORGIA,<br>STATE OF NORTH DAKOTA,<br>STATE OF OHIO, and<br>STATE OF OKLAHOMA<br><br>     *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., in his official<br>capacity as President of the United States,<br><br>MIGUEL A. CARDONA, in his official<br>capacity as Secretary, United States<br>Department of Education, and<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION,<br><br>     *Defendants*. | Civil Action No. 24-cv-520 |

**PLAINTIFF STATES'
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Although the rules are ambiguous about whether leave is required to bring to the Court's attention supplemental authority, Plaintiff States—in an abundance of caution—seek leave here to notify the Court of two relevant developments that occurred after the States filed their most recent brief. *See* Local Rule 4.01(C); *Asarco LLC v. NL Industries, Inc.*, No. 4:11-CV-00864-JAR, 2012 WL 6726381, at *1 (E.D. Mo. Dec. 27, 2012) (Ross, J.).

First, Defendants yesterday announced that they have cancelled an additional $613 million in loans under the Final Rule. *Biden-Harris Administration Announces Additional $7.7 Billion in*

*Approved Student Debt Relief for 160,000 Borrowers*, Department of Education (May 21, 2024).[1] This follows the $1.2 billion they cancelled in February, and the $3.6 billion they cancelled in April, just days after this suit was filed.  ECF 10 at 44.

Second, two days after the States filed their most recent brief, President Biden gave a commencement speech at Morehouse College, where he declared that he issued the Final Rule to get around the Supreme Court's decision in *Biden v. Nebraska*.  He stated, "I'm relieving the burden of student debt — many of you have already had the benefit of it — so I [sic] can chase your dreams and grow the economy.  W*hen the Supreme Court told me I couldn't, I found two other ways to do it.*"  *Remarks by President Biden at the Morehouse College Class of 2024 Commencement Address* (May 19, 2024) (emphasis added).[2]  These remarks are consistent with the President's previous remarks that "the Supreme Court blocked it.  They blocked it.  But that didn't stop me." ECF 1 ¶ 5.

The States seek leave because these recent developments support arguments the States have made in their briefings.  On May 22, 2024, Plaintiffs conferred with counsel for Defendants on this motion.  They take no position.

---

[1] https://www.ed.gov/news/press-releases/biden-harris-administration-announces-additional-77-billion-approved-student-debt-relief-160000-borrowers
[2] https://www.whitehouse.gov/briefing-room/speeches-remarks/2024/05/19/remarks-by-president-biden-at-the-morehouse-college-class-of-2024-commencement-address-atlanta-ga/; https://www.youtube.com/watch?v=MbCsNmwT6zQ

Date: May 22, 2024

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine, #69875MO
    *Solicitor General*
Reed C. Dempsey #1697941DC
    *Deputy Solicitor General*
Samuel Freedlund, #73707MO
    *Deputy Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov
samuel.freeland@ago.mo.gov
reed.dempsey@ago.mo.gov

*Counsel for Plaintiff*
*State of Missouri*
*Lead Counsel for State Plaintiffs*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/Nicholas Bronni
Nicholas J. Bronni
    *Solicitor General*
Dylan L. Jacobs
    *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for*
*State of Arkansas*

Respectfully Submitted,

**ASHLEY MOODY**
**Attorney General**

/s/James H. Percival
James H. Percival
    *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General**

/s/Stephen J. Petrany
Stephen J. Petrany
    *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

**DREW H. WRIGLEY**
**Attorney General**

/s/ Philip Axt
Philip Axt
    *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

**DAVE YOST**
**Ohio Attorney General**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
   *Solicitor General*
Mathura J. Sridharan
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for Plaintiff State of Ohio*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

/s/ Garry M. Gaskins, II
Gentner Drummond, OBA #16645
   *Attorney General*
Garry M. Gaskins, II, OBA #20212
   *Solicitor General*
Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Fax:  (405) 522-4815
gentner.drummond@oag.ok.gov
garry.gaskins@oag.ok.gov

*Counsel for*
*State of Oklahoma*

4

**CERTIFICATE OF SERVICE & COMPLIANCE**

I certify that on May 22, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

I further certify that the foregoing document contains 301 words, exclusive of matters designated for omission, as counted by Microsoft Word.

/s/ *Joshua M. Divine*

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for Plaintiff States*