**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:24-cv-00520-JAR |
| | ) |
| JOSEPH R. BIDEN, Jr., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Supplemental Authority. ECF No. 27. Though the relevance of the supplementary materials may be subject to dispute, the Court will grant Plaintiffs' Motion. Because Plaintiffs have already included the information necessary for the Court to access the supplementary materials, no further filing by Plaintiffs is necessary, and the Court will take the submitted supplementary authority under consideration.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Authority is **GRANTED**. ECF No. 27.

Dated this 23rd day of May, 2024.

*/s/ John A. Ross*
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**