**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 4:24-cv-520-JAR |

# EXHIBIT 1

**Proposed Modification to Contract Between MOHELA and Department of Education (May 24, 2024)**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| 91003120F0331P00113 | MAY 24, 2024 | | |

| 6. ISSUED BY | CODE | FSA-ACQ | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | |
|---|---|---|---|---|---|
| US Department of Education<br>FSA - Acquisitions, 830 First St NE - Suite 91F3<br>Washington DC 20202<br>Elvis Taylor 202-377-4013 elvis.taylor@ed.gov | | | See Block 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY   UEI: N76QY63KMM18<br>633 SPIRIT DR<br>CHESTERFIELD MO 63005          Cage Code: 41YN3 | | | |
| | | | 9B. DATED *(SEE ITEM 11)* |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>ED-FSA-11-D-0012/91003120F0331 |
| | | X | 10B. DATED *(SEE ITEM 13)* |
| CODE   00032048 | FACILITY CODE | | DEC 30, 2019 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* | Modification Amount: $0.00 |
|---|---|
| See Schedule | Modification Obligated Amount: $0.00 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER *(Specify type of modification and authority)*<br>Mutual Agreement Between the Parties | |

E. IMPORTANT: Contractor ☐ is not  ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to present the agreed upon schedule for the transfer of up to 1.5M PSLF borrower accounts. The schedule is subject to change as agreed to by the parties in writing (email suffices).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Kimberly Kilpatrick, Contracting Officer<br>910-580-3656   Kimberly.Kilpatrick@ed.gov | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | | MAY 24, 2024 |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| Previous edition unusable | **STANDARD FORM 30** (REV. 11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| | Account Status | Transfer Letter Date | Transfer Date | Load Date | Scheduled Borrower Count | Actual Borrower Count | Transfer Status | Conversion Account Volume |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 7,011,706 |
| 1 | NON PSLF IN-SCHOOL | 10/27/2023 | 11/13/2023 | 11/27/2023 | 30,000 | 29,838 | Complete | 6,981,868 |
| | Black Out Period 11/15/2023-12/01/2023 | | 11/20/2023 | | | | | 6,981,868 |
| | | | 11/30/2023 | | | | | 6,981,868 |
| 2 | NON PSLF IN-SCHOOL | 11/20/2023 | 12/7/2023 | 12/20/2023 | 100,000 | 96,198 | Complete | 6,885,670 |
| 3 | NON PSLF IN-SCHOOL | 11/24/2023 | 12/14/2023 | 12/28/2023 | 146,706 | 142,869 | Complete | 6,742,801 |
| 4 | NON PSLF IN-SCHOOL | 12/6/2023 | 12/21/2023 | 12/29/2023 | 200,000 | 197,814 | Complete | 6,544,987 |
| | no transfer - quarter end | | | 12/28/2023 | | | | 6,544,987 |
| 5 | NON PSLF IN-SCHOOL | 12/18/2023 | 1/4/2024 | 1/19/2024 | 350,000 | 339,086 | Complete | 6,205,901 |
| 6 | NON PSLF IN-SCHOOL | 12/27/2023 | 1/11/2024 | 1/26/2024 | 350,000 | 233,850 | Complete | 5,972,051 |
| 7 | NON PSLF INSCH/IN GRACE | 12/29/2023 | 1/18/2024 | n/a | 0 | 0 | Canceled | 5,972,051 |
| 8 | NON PSLF - RP/DF/FB (1st Repay) | 1/10/2024 | 1/25/2024 | 2/8/2024 | 100,000 | 85,619 | Complete | 5,886,432 |
| | | | 2/1/2024 | | 0 | | | 5,886,432 |
| 9 | NON PSLF - RP/DF/FB (Baseline) | 1/22/2024 | 2/8/2024 | 2/23/2024 | 225,000 | 217,425 | Complete | 5,669,007 |
| 10 | NON PSLF - RP/DF/FB (Baseline) | 1/31/2024 | 2/15/2024 | 3/12/2024 | 225,000 | 213,633 | Complete | 5,455,374 |
| 11 | NON PSLF - RP/DF/FB | 2/5/2024 | 2/22/2024 | 3/13/2024 | 225,000 | 252,692 | Complete | 5,202,682 |
| 12 | NON PSLF - RP/DF/FB | 2/9/2024 | 2/27/2024 | 3/14/2024 | 400,000 | 290,987 | Complete | 4,911,695 |
| 13 | NON PSLF - RP/DF/FB | 2/20/2024 | 3/7/2024 | 3/21/2024 | 425,000 | 312,143 | Complete | 4,599,552 |
| 14 | NON PSLF - RP/DF/FB | 2/26/2024 | 3/14/2024 | 3/28/2024 | 400,000 | 192,614 | Complete | 4,406,938 |
| | Black Out Period 3/25/2024-4/12/2024 | | 3/21/2024 | | | | | 4,406,938 |
| | | | 3/28/2024 | | | | | 4,406,938 |
| | | | 4/4/2024 | | | | | 4,406,938 |
| 15 | NON PSLF - RP/DF/FB | | 4/11/2024 | | 0 | 0 | Canceled | 4,406,938 |
| 16 | NON PSLF - RP/DF/FB | 4/4/2024 | 4/18/2024 | 5/2/2024 | 425,000 | 220,385 | In progress | 4,186,553 |
| 17 | NON PSLF - RP/DF/FB | 4/10/2024 | 4/25/2024 | 5/9/2024 | 400,000 | 310,246 | Letters sent | 3,876,307 |
| 18 | PSLF - RP/DF/FB | 4/18/2024 | 5/3/2024 | 5/17/2024 | 425,000 | | Letters sent | 3,876,307 |
| 19 | PSLF - RP/DF/FB | 4/24/2024 | 5/9/2024 | 5/23/2024 | 300,000 | | Letters sent | 3,876,307 |
| 20 | PSLF - RP/DF/FB | 5/1/2024 | 5/16/2024 | 5/31/2024 | 325,000 | | Scheduled | 3,876,307 |
| 21 | PSLF - RP/DF/FB | 5/8/2024 | 5/23/2024 | 6/7/2024 | 325,000 | | Scheduled | 3,876,307 |
| 22 | PSLF - RP/DF/FB | 5/15/2024 | 5/30/2024 | 6/13/2024 | 325,000 | | Scheduled | 3,876,307 |
| 23 | PSLF - RP/DF/FB | 5/22/2024 | 6/6/2024 | 6/21/2024 | 325,000 | | Scheduled | 3,876,307 |
| 24 | PSLF - RP/DF/FB | 5/29/2024 | 6/13/2024 | 6/28/2024 | 350,000 | | Scheduled | 3,876,307 |
| 25 | PSLF - RP/DF/FB | 6/5/2024 | 6/20/2024 | 6/28/2024 | 350,000 | | Scheduled | 3,876,307 |
| | no transfer - quarter end | | | | 0 | 0 | | |
| 26 | NON PSLF - RP/DF/FB | 6/18/2024 | 7/3/2024 | 7/11/2024 | 300,000 | | Scheduled | 3,876,307 |
| 27 | Whatever is remaining | 6/26/2024 | 7/11/2024 | 7/19/2024 | 285,000 | | | |
| | | | | | 7,311,706 | 3,135,399 | | |

**PSLF Transfers Back to Compass**

| Transfer # | Account Status | Transfer Letter Date | Transfer Date | Load Date | Scheduled Borrower Count | Actual Borrower Count | Transfer Status | Conversion Account Volume |
|---|---|---|---|---|---|---|---|---|
| 1 | Fresh Start Accounts - PSLF | 1/29/2024 | 2/15/2024 | 3/1/2024 | 38 | 37 | In progress | 1 |
| 2 | Fresh Start Accounts - PSLF | n/a | n/a | n/a | 1 | 0 | Consolidation completed - no transfer needed | |
| 3 | PSLF Accounts - D2D file | 4/23/2024 | 4/22/2024 | 4/26/2024 | 22 | 22 | in progress | |

**SCHEDULE Continued**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Contracting Officer: Kimberly Kilpatrick, 910-580-3656, Kimberly.Kilpatrick@ed.gov | | | | |
| | Primary Contracting Officer Representative: Andre Barbosa, 202-377-3332, Andre.Barbosa@ed.gov | | | | |
| | Alternate Contracting Officer Representative(s): Carmen Hines, 202-377-3516, carmen.hines@ed.gov Patrice Washington, (202) 377-3845, Patrice.Washington@ed.gov | | | | |
| | Property Administrator Point of Contact: None | | | | |
| | Primary Technical Point of Contact: None | | | | |
| | Alternate Technical Point(s) of Contact: None | | | | |