## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00520-JAR |
| | ) | |
| JOSEPH R. BIDEN, Jr., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The hearing on Plaintiffs' Motion to Stay or, in the alternative, a Temporary Restraining Order (ECF No. 6), Plaintiffs' Motion to Stay or, in the alternative, a Preliminary Injunction (ECF No. 7), and Defendants' Motion to Dismiss (ECF No. 21) is scheduled for an in-person hearing on **June 3, 2024**, at **10:00 a.m.** in the Courtroom of the undersigned.

Counsel who cannot be present in person and members of the general public who wish to listen to the hearing are directed to call the telephone conference line at 1-877-810-9415.  The access code to enter the conference is 7519116.  Non-participants must remain muted throughout the entire proceedings.  Per Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 30th day of May, 2024.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**