**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:24-cv-00520-JAR |
| ) | |
| JOSEPH R. BIDEN, Jr., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' Consent Motion for Leave to File Notice of Supplemental Authority. ECF No. 32. The Court will grant Defendants' Consent Motion and will take the submitted supplementary authority under consideration.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Consent Motion for Leave to File Supplemental Authority is **GRANTED**. ECF No. 32.

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and separately file Defendants' Notice of Supplemental Authority.

Dated this 10th day of June, 2024.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**