US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** State of Missouri et al v. Biden et al

**USCA#:**

**Case Number:** 4:24-CV-00520-JAR

**Plaintiff:** STATE OF MISSOURI, et al.

**Defendant:** JOSEPH R. BIDEN JR., et al.

**Attorney:**
Nicholas J. Bronni (for pla)
323 Center Street
Suite 200
Little Rock, AR  72201
Ph:  501-682-6302   Fax:
Email:  nicholas.bronni@arkansasag.gov

Joshua M. Divine (for pla)
207 W. High St.
P.O. Box 899
Jefferson City, MO  65102-0899
Ph:  573-751-8870   Fax:
Email:  josh.divine@ago.mo.gov

Dylan L. Jacobs (for pla)
323 Center Street
Suite 200
Little Rock, AR  72201
Ph:  501-682-3661   Fax:
Email: dylan.jacobs@arkansasag.gov

**Attorney:**
Simon Gregory Jerome (for dft)
1100 L Street NW
Washington, DC  20005
Ph:  202-532-5746   Fax:
Email:  simon.g.jerome@usdoj.gov

Stephen Michael Pezzi (for dft)
1100 L Street NW
Washington, DC  20005
Ph:  202-305-8576   Fax:
Email:  stephen.pezzi@usdoj.gov

**Court Reporter(s):** Lisa Paczkowski

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

-2-

-2-