US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** State of Missouri et al v. Biden et al

**USCA#:**

**Case Number:** 4:24-CV-00520-JAR

**Plaintiff:** STATE OF MISSOURI, et al.

**Defendant:** JOSEPH R. BIDEN JR., et al.

**Attorney:**

Nicholas J. Bronni (for pla)
323 Center Street
Suite 200
Little Rock, AR  72201
Ph: 501-682-6302   Fax:
Email: nicholas.bronni@arkansasag.gov

Joshua M. Divine (for pla)
207 W. High St.
P.O. Box 899
Jefferson City, MO  65102-0899
Ph: 573-751-8870   Fax:
Email: josh.divine@ago.mo.gov

Dylan L. Jacobs (for pla)
323 Center Street
Suite 200
Little Rock, AR  72201
Ph: 501-682-3661   Fax:
Email: dylan.jacobs@arkansasag.gov

**Attorney:**

Simon Gregory Jerome (for dft)
1100 L Street NW
Washington, DC  20005
Ph: 202-532-5746   Fax:
Email: simon.g.jerome@usdoj.gov

Stephen Michael Pezzi (for dft)
1100 L Street NW
Washington, DC  20005
Ph: 202-305-8576   Fax:
Email: stephen.pezzi@usdoj.gov

**Court Reporter(s):** Lisa Paczkowski

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid on 6/28/2024 | None | No |
| **Counsel:** | **Pending Motions:** | **Local Interest:** | **Simultaneous Release:** |
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No      Where:

**Please list all other defendants in this case if there were multiple defendants:**