UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:24-cv-00520-JAR |
| JOSEPH R. BIDEN, Jr., et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Injunction Pending Appeal or, in the alternative, Temporary Administrative Stay of Agency Action.  ECF No. 41.  Plaintiffs ask the Court to issue an injunction or administrative stay by Sunday, June 30, 2024, to prevent Defendants from prospectively enforcing the entirety of the Final Rule.[1]  Given the compressed timeframe, Defendants have not yet filed a response.

The Court has already thoroughly considered the issues raised by Plaintiffs when Plaintiffs presented their previous motions for preliminary injunction, a temporary restraining order, or a stay.  Indeed, after finding that Plaintiffs were only likely to succeed on the merits of their claims as to the Final Rule's loan forgiveness provisions, the Court issued a preliminary injunction as to the loan forgiveness provisions of the Final Rule,.  ECF Nos. 35 and 36.  Plaintiffs have not provided an adequate basis for the Court to issue an injunction further enjoining any additional provisions of the Final Rule.  For the reasons already explained in the

---

[1]     "Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program."  88 Fed. Reg. 43,820.

Court's previous Order, the Court will deny Plaintiffs' motion for an injunction or stay pending appeal. *See* ECF No. 35.

Additionally, the Court has already found that Plaintiffs' delay in bringing this case undermines their request for immediate relief. Plaintiffs now ask this Court to take immediate action to stay the Final Rule in its entirety on the eve of the rule's full implementation and only days after the Court issued its preliminary injunction in Plaintiffs' favor. The Court finds no reason to grant Plaintiffs relief that the Court has already determined is not appropriate on this record. Again, for the reasons already expressed in the Court's Order, the Court will deny Plaintiffs' motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Injunction Pending Appeal or, in the alternative, Temporary Administrative Stay of Agency Action (ECF No. 41) is **DENIED**.

Dated this 28th day of June, 2024.

                                                    _____
                                                    **JOHN A. ROSS**
                                                    **UNITED STATES DISTRICT JUDGE**