**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:24-cv-00520-JAR |
| ) | |
| JOSEPH R. BIDEN, Jr., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Clarify the Preliminary Injunction. ECF No. 48. The Court issued its Preliminary Injunction on June 24, 2024. ECF No. 36. Defendants filed their Notice of Compliance on June 28, 2024. ECF No. 44. Plaintiffs then filed this Motion on June 29, 2024. Defendants are directed to file a response.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall file any response to Plaintiffs' Motion to Clarify the Preliminary Injunction no later than **July 8, 2024**.

Dated this 1st day of July, 2024.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**