# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:24-cv-00520-JAR |
| JOSEPH R. BIDEN, Jr., et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' unopposed Motion for Leave from the Obligation to File an Answer. ECF No. 50. Defendants' request that the Court issue an order obviating their obligation to file an answer to Plaintiffs' Complaint or, in the alternative, to stay that obligation until the Court resolves the Parties' anticipated dispositive motions. As of now, Defendants' Answer is due on July 8, 2024. Plaintiffs do not oppose Defendants' requested relief. The Court will deny Defendants' request to remove the obligation to file their Answer but will grant the request to stay that obligation until the Court can decide any dispositive motions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave from the Obligation to File an Answer (ECF No. 50) is **GRANTED in part** and **DENIED in part**. The Court will stay Defendants' obligation to file an Answer until resolution of the Parties' dispositive motions.

Dated this 3rd day of July, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**