UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:24-cv-00520-JAR |
| JOSEPH R. BIDEN, Jr., et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Clarification of the Preliminary Injunction. ECF No. 48. Plaintiffs filed their Motion on June 29, 2024. Defendants filed their response on July 8, 2024. ECF No. 52. Plaintiffs filed their reply on July 9, 2024. ECF No. 53.

The Court has reviewed the parties' arguments and has found that no additional clarification is necessary. The Court's preliminary injunction means what it says: that "Defendants are preliminarily enjoined from any further loan forgiveness for borrowers under the Final Rule's SAVE plan . . . ." ECF No. 36. The Court need not extend this injunction beyond the scope of the Final Rule as Plaintiffs only sought injunctive relief from implementation of the Final Rule, which the Court has granted in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Clarification of the Preliminary Injunction (ECF No. 48) is **DENIED**.

Dated this 10th day of July, 2024.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**