IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| STATE OF MISSOURI, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    *Defendants*.[1] | Civil Action No. 4:24-cv-00520-JAR |

## JOINT STATUS REPORT

Pursuant to the Court's April 14, 2025 Order (ECF 69), the parties submit this Joint Status Report regarding outstanding matters in this case and a proposed scheduling plan for the remainder of this litigation. In recent weeks, counsel for the parties have met and conferred about possible paths toward a negotiated resolution of this litigation. Those conversations are ongoing. Additionally, the parties note that a bill was introduced in Congress on April 28, 2025,[2] which includes statutory changes that, if enacted, may affect the claims presented by Plaintiff States.

In light of the foregoing, the parties respectfully request that the Court allow the parties to continue their discussions regarding further proceedings and file a further status report in 90 days (or separate status reports, if the parties cannot reach an agreement regarding next steps).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Donald J. Trump is automatically substituted as a defendant in his official capacity as President of the United States, for his predecessor Joseph R. Biden, Jr. Linda E. McMahon is likewise automatically substituted as a defendant in her official capacity as Secretary of Education, for her predecessor Miguel A. Cardona. *See* Order, ECF No. 69, at 1 n.1

[2] Z. Schermele, *Republicans propose massive overhaul of student loans, Pell Grants*, USA TODAY (Apr. 28, 2025), https://perma.cc/DJP3-RULR.

| | |
|---|---|
| Date: May 5, 2024 | Respectfully Submitted, |
| | |
| YAAKOV M. ROTH | **ANDREW BAILEY** |
| Acting Assistant Attorney General | **Attorney General of Missouri** |
| | |
| MARCIA BERMAN | /s/ Joshua M. Divine |
| Assistant Branch Director | Joshua M. Divine, #69875MO |
| |    *Solicitor General* |
| /s/ Stephen M. Pezzi | Reed C. Dempsey #1697941DC |
| STEPHEN M. PEZZI |    *Deputy Solicitor General* |
| D.C. Bar No. 995500 | Samuel Freedlund, #73707MO |
| Senior Trial Counsel |    *Deputy Solicitor General* |
| United States Department of Justice | Missouri Attorney General's Office |
| Civil Division, Federal Programs Branch | Post Office Box 899 |
| 1100 L Street, NW | Jefferson City, MO 65102 |
| Washington, DC 20005 | Tel. (573) 751-1800 |
| Tel: (202) 305-8576 | Fax. (573) 751-0774 |
| Email: stephen.pezzi@usdoj.gov | josh.divine@ago.mo.gov |
| | reed.dempsey@ago.mo.gov |
| | samuel.freeland@ago.mo.gov |
| *Counsel for Defendants* | |
| | *Counsel for Plaintiff State of Missouri* |
| | *Lead Counsel for State Plaintiffs* |
| | |
| | *Additional Counsel for State Plaintiffs on following page* |

<div style="columns:2">

**TIM GRIFFIN**
**Arkansas Attorney General**

/s/ Autumn Hamit Patterson
Autumn Hamit Patterson
   *Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Autumn.Patterson@arkansasag.gov

*Counsel for Arkansas*

**CHRISTOPHER M. CARR**
**Georgia Attorney General**

/s/ Stephen J. Petrany
Stephen J. Petrany
   *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

**DAVE YOST**
**Ohio Attorney General**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
   *Solicitor General*
Mathura J. Sridharan
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for Ohio*

**JAMES UTHMEIER**
**Florida Attorney General**

/s/ Allen L. Huang
Allen L. Huang
   *Deputy Solicitor General*
Christine Pratt
   *Assistant Solicitor General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
allen.huang@myfloridalegal.com

*Counsel for Florida*

**DREW H. WRIGLEY**
**North Dakota Attorney General**

/s/ Philip Axt
Philip Axt
   *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for North Dakota*

**GENTNER DRUMMOND**
**Oklahoma Attorney General**

/s/ Garry M. Gaskins, II
Gentner Drummond, OBA #16645
   *Attorney General*
Garry M. Gaskins, II, OBA #20212
   *Solicitor General*
Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for Oklahoma*

</div>

**CERTIFICATE OF SERVICE & COMPLIANCE**

I certify that on May 5, 2025, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

I further certify that the foregoing document contains 1 page, exclusive of matters designated for omission.

/s/ *Joshua M. Divine*

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for Plaintiff States*