IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 4:24-cv-000520-JAR

## MOTION FOR LEAVE TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a) and (b), proposed interventor Taylor Anthony Story ("Proposed Intervenor") respectfully moves for leave to intervene in the above-captioned case. In support of this motion, Proposed Intervenor relies on the arguments in the accompanying memorandum supporting the motion and the attached exhibits.

Date: July 21, 2025

                                                Respectfully submitted,

                                                */s/ Taylor A. Story*
                                                Taylor A. Story
                                                Proposed Intervenor
                                                244 Exuma Way, Apt. 121
                                                Santa Rosa Beach, FL 32459
                                                (850) 419-6730
                                                taylorstory2025@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2025, a true and accurate copy of the foregoing document was sent via email to all counsel of record.

Service upon a represented party must be made on the party's attorney, Fed. R. Civ. P. 5(b)(1), through the Court's ECF system or through other electronic means that the person has consented to, Fed. R. Civ. P. 5(b)(2). Consistent with Local Rule 2.12(A) and Section II(G) and Appendix B, of the District's Case Management/Electronic Filing (CM/ECF) Procedures, such service has been made via email to all counsel of record, which constitutes effectives service.

> */s/ Taylor A. Story*
> Taylor A. Story
> Proposed Intervenor
> 244 Exuma Way, Apt. 121
> Santa Rosa Beach, FL 32459
> (850) 419-6730
> taylorstory2025@gmail.com