IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 4:24-cv-000520-JAR

## MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE MEMORADNDUM IN SUPPORT OF THE MOTION FOR LEAVE TO INTERVENE.

Under Local Rule 4.01(D), a party may not file "any motion, memorandum, or brief which exceeds fifteen (15) numbered pages" without leave of the Court. Proposed Intervenor respectfully requests leave to file a memorandum in support of the motion for leave to intervene totaling XX pages exclusive of the signature page and attachments.

In granting a previous leave request, the Court opined on the complexity of importance of the issues presented. ECF No. 24, at 2 (May 16, 2024). Proposed Intervenor has student loans in the SAVE Plan, which the Defendants alleged were placed into zero-interest as of July 2024. Proposed Intervenor seeks intervention to address the significant irreparable financial harm caused by the increase in his loan balances, accrued interest, addition of other unaccounted for sums, and failure to properly account for payments made during the zero-interest forbearance period. As event which Defendants expressly assert has not occurred to Proposed Intervenor or any other similarly situated person. Proposed Intervenor also seeks to address the further financial harm that will results from Defendant's reinstatement and restarting of interest accrual on August 1, 2025, without addressing those impermissible additions. The harms include not being properly credited

1

for payments made during the forbearance, repaying more than is due because of the increases during the zero-interest forbearance, higher interest accrual resulting from calculation of interest on those increased balances, lengthening of time to pay off loans, which also results in more interest accruing, and higher monthly payments.

To avoid excessive pages, Proposed Intervenor has incorporated the procedural background outlined by this Court and the United States Court of Appeals for the Eighth Circuit's opinion. However, articulating the procedural history since then and articulating the issues with each of Proposed Intervenor's loans from just late last year to present day and the numerous attempts to redress those issues spans seven pages. That leaves just eight pages for Proposed Intervenor to demonstrate standing (three factors), intervention as of right (four factors), and permissive intervention.

Proposed Intervenor has made a good faith effort to concisely address those matters and numerous revisions and synthesization of that analysis, without omitting substantive material, to remain within the page limit. Despite those efforts, leave remains necessary. For those reasons, Proposed Intervenor respectfully requests this Court to grant leave to file a twenty-six (26) page memorandum, attached herein, exclusive of the certificate of service and attachments.

Date: July 21, 2025

                                                  Respectfully submitted,

                                                  */s/ Taylor A. Story*
                                                  Taylor A. Story
                                                  Proposed Intervenor
                                                  244 Exuma Way, Apt. 121
                                                  Santa Rosa Beach, FL 32459
                                                  (850) 419-6730
                                                  taylorstory2025@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2025, a true and accurate copy of the foregoing document was sent via email to all counsel of record.

Service upon a represented party must be made on the party's attorney, Fed. R. Civ. P. 5(b)(1), through the Court's ECF system or through other electronic means that the person has consented to, Fed. R. Civ. P. 5(b)(2). Consistent with Local Rule 2.12(A) and Section II(G) and Appendix B, of the District's Case Management/Electronic Filing (CM/ECF) Procedures, such service has been made via email to all counsel of record, which constitutes effectives service.

>*/s/ Taylor A. Story*
>Taylor A. Story
>Proposed Intervenor
>244 Exuma Way, Apt. 121
>Santa Rosa Beach, FL 32459
>(850) 419-6730
>taylorstory2025@gmail.com