IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 4:24-cv-000520-JAR |

## MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a)(1), Intervenor Taylor Anthony Story respectfully moves for entry of a temporary restraining order, or in the alternative, a preliminary injunction to enjoin Defendants President Donald J. Trump, Secretary of Education Linda S. McMahon, and the United States Department of Education from restarting the accrual of interest on student loans in the SAVE Plan until it rectifies the erroneous sums added to Intervenor's loan during the zero-interest forbearance period. Defendants have scheduled interest accrual to restart of August 1, 2025. In support of this motion, Intervenor relies on the arguments in the accompanying memorandum supporting the motion and the attached exhibits..

Date: July 21, 2025

Respectfully submitted,

*/s/ Taylor A. Story*
Taylor A. Story
Intervenor
244 Exuma Way, Apt. 121
Santa Rosa Beach, FL 32459
(850) 419-6730
taylorstory2025@gmail.com

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, a true and accurate copy of the foregoing document was sent via email to all counsel of record.

Service upon a represented party must be made on the party's attorney, Fed. R. Civ. P. 5(b)(1), through the Court's ECF system or through other electronic means that the person has consented to, Fed. R. Civ. P. 5(b)(2). Consistent with Local Rule 2.12(A) and Section II(G) and Appendix B, of the District's Case Management/Electronic Filing (CM/ECF) Procedures, such service has been made via email to all counsel of record, which constitutes effectives service.

*/s/ Taylor A. Story*
Taylor A. Story
Intervenor
244 Exuma Way, Apt. 121
Santa Rosa Beach, FL 32459
(850) 419-6730
taylorstory2025@gmail.com