IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | |
|---|---|
| THE STATE OF MISSOURI, et rel. ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> DONALD J. TRUMP, et al., ) <br> ) <br> Defendants. ) | No. 4:24-cv-00520-JAR |

## ENTRY OF APPEARANCE

Peter F. Donohue, Sr., Deputy Director of Special Litigation, enters his appearance on behalf of Plaintiffs.

Dated: July 24, 2025                  Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Peter F. Donohue, Sr.*
Peter F. Donohue, Sr., #75835(MO)
  *Deputy Director of Special Litigation*
Office of the Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
Tel: (314) 340-7838
Email: Peter.Donohue@ago.mo.gov

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's electronic filing system, to be served on all counsel of record.

*/s/ Peter F. Donohue, Sr.*
