# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants.* | Case No. 4:24-cv-520-JAR |

## JOINT STATUS REPORT

Pursuant to the Court's May 6, 2025 Order, ECF No. 71, the parties, having conferred, respectfully submit this Joint Status Report. As noted in the parties' previous status report, ECF No. 70, counsel for the parties have met and conferred about possible paths toward a negotiated resolution of this litigation. Those conversations are ongoing.

The parties' previous status report also noted "that a bill was introduced in Congress on April 28, 2025, which includes statutory changes that, if enacted, may affect the claims presented by Plaintiff States." ECF No 70. A version of that legislation was recently enacted into law. *See* Public Law No. 119-21. The parties are currently evaluating that legislation, and discussing the effect (if any) that it may have on the remainder of this litigation.[1]

In light of the foregoing, the parties respectfully request that the Court allow the parties to continue their discussions regarding further proceedings and file a further status report in 90 days (or separate status reports, if the parties cannot reach an agreement regarding next steps).

---

[1] *See* Mary Cunningham, *Are you a student loan borrower? Here's how the One Big Beautiful Bill Act could affect you*, CBSNEWS.COM (July 12, 2025), *available at* https://www.cbsnews.com/news/big-beautiful-bill-changes-student-loan-repayment/ ("The One Big Beautiful Bill Act phases out a number of existing federal student loan repayment plans, including the SAVE, PAYE, IBR and ICR.").

Dated: August 4, 2025               Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

**ANDREW T. BAILEY**
Attorney General

Louis J. Capozzi III, PA Bar #327261
   *Solicitor General*
Office of the Attorney General
815 Olive St, Suite 200
St. Louis, MO 63101
Phone: (314) 340-7366
Louis.Capozzi@ago.mo.gov
Dominic.Barceleau@ago.mo.gov

  *Counsel for Plaintiffs*

2