UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00520-JAR |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Joint Status Report submitted by the parties on August 4, 2025. ECF No. 81. The parties have advised the Court that discussions are ongoing regarding a potential resolution to this case. The parties request additional time to continue negotiations and the opportunity to file a further status report within ninety (90) days, which the Court will permit.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **October 3, 2025**, the parties shall file a joint status report advising the Court of the outstanding matters in this case and a joint proposed scheduling plan for the remainder of this litigation.

Dated this 4th day of August, 2025.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**