UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| *Plaintiffs*, | ) |
| -vs- | ) No. 4:24-cv-00520-JAR |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) |
| *Defendants*. | ) |

## ENTRY OF APPEARANCE

Deputy Solicitor General Graham Miller enters his appearance on behalf of Plaintiffs.

Dated: September 24, 2025     Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Graham Miller*
Graham Miller #77656MO
 *Deputy Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(314) 340-7652 Phone
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, the foregoing Entry of Appearance was filed electronically using the Court's CM/ECF system, which sends notification to all counsel of record.

<em>/s/Graham Miller</em>