UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-520-JAR |

**DEFENDANTS' CONSENT MOTION TO STAY JOINT STATUS REPORT DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of this Court's October 3, 2025, joint status report deadline, ECF No. 82, in the above-captioned case. As good cause for this request, Defendants offer the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive Branch agencies, including the Department of Education. Defendants do not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Education are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this Court's October 3, 2025, joint status report (JSR) deadline, ECF No. 82, until Congress has restored appropriations.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendants request that, at that point, the deadline be extended commensurate with the duration of the lapse in appropriations—*i.e.*, by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for Federal Defendants to state that the Plaintiffs consent to the relief requested in this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of the October 3, 2025, status-report deadline until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (FL Bar No. 1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*