UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00520-JAR |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' consent motion to stay the deadline to submit a joint status report and joint proposed scheduling plan, currently due to be filed on October 3, 2025. ECF No. 84.

Defendants cite the lapse in appropriations for the federal government, which began on October 1, 2025. Due to the government-wide lapse in funding, Department of Justice attorneys and employees of the Department of Education are currently prohibited from working, even voluntarily, absent extraordinary circumstances. Defendants argue, and the Court agrees, that the deadline to file a joint status report should be stayed until Congress has appropriated funds for the Department of Justice and their normal operations can resume. Defendants request that once funding is restored, the deadline to file a joint status report be extended by the total number of days of the lapse in appropriations. Given the nature of the required status report and scheduling plan, the Court will permit the parties ten days after government appropriations are restored during which to file their joint status report and proposed scheduling plan.

Accordingly,

1

**IT IS HEREBY ORDERED** that the parties' deadline to submit a joint status report and scheduling plan is **STAYED** through the resolution of the current government-wide lapse in appropriations.  Once appropriations for the Department of Justice have been restored, the parties shall file within **ten (10) days** a joint status report advising the Court of the outstanding matters in this case and a joint proposed scheduling plan for the remainder of this litigation.

Dated this 2nd day of October, 2025.

```
                                    _____
                                    JOHN A. ROSS
                                    UNITED STATES DISTRICT JUDGE
```