# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-520-JAR |

## JOINT STATUS REPORT

The parties, having conferred, submit the following joint status report in accordance with the Court's October 2, 2025 Order.  ECF No. 85 ("[T]he Court will permit the parties ten days after government appropriations are restored during which to file their joint status report and proposed scheduling plan.").

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 was signed into law by the President.  That law restored appropriations to the Department of Justice and the Department of Education, effective November 13, 2025.

As reported in the parties' most recent joint status report, ECF No. 81, before the lapse in appropriations, the parties were engaged in settlement discussions.  The lapse in appropriations delayed those discussions, but they have since resumed.  Nevertheless, the parties need a brief period of additional time to conclude their discussions, finalize an agreement, and reduce it to a fully executed writing.

The parties thus propose to file their next joint status report in three weeks, on or before December 15, 2025.

- 2 -

| | |
|---|---|
| Dated:  November 24, 2025 | Respectfully submitted, |
| **CATHERINE L. HANAWAY**<br>Missouri Attorney General | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| */s/ Graham Miller*<br>*Peter F. Donohue Sr., #758835*<br>  *Deputy Director of Special Litigation*<br>Graham Miller #77656<br>  *Deputy Solicitor General*<br>Missouri Attorney General<br>815 Olive Street, Suite #200<br>St. Louis, MO 65101<br>(314) 340-7838 Phone<br>(314) 340-7652 Phone<br>Peter.Donohue@ago.mo.gov<br>Graham.Miller@ago.mo.gov<br><br>*Counsel for Plaintiffs* | MICHELLE R. BENNETT<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ Stephen M. Pezzi<br>STEPHEN M. PEZZI (FL Bar No. 1041279)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel.: (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br><br>*Counsel for Defendants* |