UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00520-JAR |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' November 24, 2025 joint status report (ECF No. 88). The parties have advised the Court that settlement discussions have resumed following the restoration of appropriations for the federal government, and the parties propose that they submit another report regarding the status of those discussions by December 15, 2025. The Court will grant this request.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **December 15, 2025**, the parties shall file a joint status report advising the Court of the status of their settlement discussions, the outstanding matters in this case, and a joint proposed scheduling plan for the remainder of this litigation.

Dated this 25th day of November, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE