UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | | |
|---|---|---|
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| -vs- | ) | No. 4:24-CV-00520-JAR |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## **ENTRY OF APPEARANCE**

Louis J. Capozzi, III, Solicitor General, enters his appearance on behalf

of Plaintiffs.

Dated: December 2, 2025        Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Louis J. Capozzi, III*
Louis J. Capozzi, III #77756
 *Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 751-7890
Louis.Capozzi@ago.mo.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, the foregoing Entry of Appearance was filed electronically using the Court's CM/ECF electronic filing system, which sends notification to all counsel of record.

*/s/ Louis J. Capozzi III*