UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 4:24-cv-520-JAR |

### JOINT STATUS REPORT

As required by the Court's order of November 25, 2025, ECF No. 89, the parties, having conferred, hereby submit the following joint status report. The current status of this case is described in the parties' joint motion for entry of final judgment, filed on December 9, 2025. ECF No. 91. The parties respectfully request entry of final judgment for the reasons stated in that filing, and on the terms reflected in that filing.

Dated: December 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (FL Bar No. 1041279)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

CATHERINE L. HANAWAY
Missouri Attorney General

/s/ Louis J. Capozzi III
Louis J. Capozzi, III, #77756(MO)
  *Solicitor General*
Peter F. Donohue Sr., #758835(MO)
  *Deputy Director of Special Litigation*
Graham Miller #77656(MO)
  *Deputy Solicitor General*
Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 65101
(314) 340-7652 Phone
Louis.Capozzi@ago.mo.gov
Peter.Donohue@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for State of Missouri*
*Lead Counsel for State Plaintiffs*