UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00520-JAR |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herewith on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED** without prejudice**.**

Dated this 27th Day of February 2026.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE