# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, et al.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants*. | Civil Action No. 4:24-cv-00520-JAR |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from this Court's February 27, 2026 Memorandum and Order (Doc. 93), February 27, 2026 Order of Dismissal (Doc. 94), and March 4, 2026 Order (Doc. 96).

1

Date: March 4, 2026

**CATHERINE L. HANAWAY**
**Attorney General of Missouri**

*/s/ Louis J. Capozzi, III*
Louis J. Capozzi, III, #77756(MO)
    *Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
Louis.Cappozi@ago.mo.gov

*Counsel for Plaintiff*
*State of Missouri*
*Lead Counsel for State Plaintiffs*

**TIM GRIFFIN**
**Attorney General of Arkansas**

Autumn Hamit Patterson
    *Solicitor General*
Dylan L. Jacobs
    *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Autumn.Patterson@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for*
*State of Arkansas*

Respectfully Submitted,

**JAMES UTHMEIER**
**Attorney General of Florida**

David Wehirst
    *Chief Deputy Attorney General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
david.dewhirst@myfloridalegal.com

*Counsel for the State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

John Henry Thompson
    *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
jhthompson@law.ga.gov

*Counsel for State of Georgia*

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

Philip Axt
    *Solicitor General*
North Dakota Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

2

**DAVE YOST**
**Attorney General of Ohio**

Mathura J. Sridharan
   *Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for Plaintiff State of Ohio*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

Gentner Drummond, OBA #16645
   *Attorney General*
Garry M. Gaskins, II, OBA #20212
   *Solicitor General*
Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Fax:  (405) 522-4815
gentner.drummond@oag.ok.gov
garry.gaskins@oag.ok.gov

*Counsel for*
*State of Oklahoma*

## CERTIFICATE OF SERVICE

I certify that on March 4, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

*/s/ Louis J. Capozzi, III*

*Counsel for Plaintiff State of Missouri*
*Lead Counsel for Plaintiff States*