# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780

www.ca8.uscourts.gov

March 05, 2026

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

RE:  26-1394  State of Missouri, et al v. Donald Trump, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

    Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

    On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

    If you have any questions about the schedule or procedures for the case, please contact our office.

    Susan E. Bindler
    Clerk of Court

CMH

Enclosure(s)

cc:    Philip J. Axt
     Clerk, U.S. District Court, Eastern District of Missouri
     Gentner Drummond
     Garry M. Gaskins II
     Simon Gregory Jerome
     Lisa Marie Paczkowski
     Autumn Hamit Patterson
     Stephen Michael Pezzi
     Mathura Sridharan
     John Henry Thompson
     David Wehirst

    District Court/Agency Case Number(s):   4:24-cv-00520-JAR

**Caption For Case Number:   26-1394**

State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of North Dakota; State of Ohio; State of Oklahoma

        Plaintiffs - Appellants

v.

Donald Trump, in his official capacity as President of the United States; Linda S. McMahon, in her official capacity as Secretary of Education; United States Department of Education

        Defendants - Appellees

**Addresses For Case Participants:   26-1394**

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

Philip J. Axt
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND  58505-0000

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Gentner Drummond
ATTORNEY GENERAL'S OFFICE
313 N.E. 21st Street
Oklahoma City, OK  73105

Garry M. Gaskins II
ATTORNEY GENERAL'S OFFICE
313 N.E. 21st Street
Oklahoma City, OK  73105

Simon Gregory Jerome
U.S. DEPARTMENT OF JUSTICE
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Lisa Marie Paczkowski
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Autumn Hamit Patterson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Stephen Michael Pezzi
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005

Mathura Sridharan
ATTORNEY GENERAL'S OFFICE
Office of Solicitor General
17th Floor
30 E. Broad Street
Columbus, OH  43215

John Henry Thompson
ATTORNEY GENERAL'S OFFICE
40 Capitol Square, S.W.
Atlanta, GA  30334-1300

David Wehirst
ATTORNEY GENERAL'S OFFICE
PL-01 The Capitol
Tallahassee, FL  32399-1050