**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF MISSOURI, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 4:24-cv-00520-JAR |
| DONALD J. TRUMP, *et al.,* | |
| Defendants. | |

## MOTION FOR LEAVE TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a) and (b), proposed intervenors Heather Havens, Elizabeth Robeson, Anna Grunseth, and William Boykin ("Proposed Intervenor") respectfully moves for leave to intervene in the above-captioned case. In support of this motion, Proposed Intervenor relies on the arguments in the accompanying memorandum supporting the motion.

Date: March 13, 2026

Respectfully submitted,

*/s/ William Austin Hinkle*
William Austin Hinkle
Public Goods Practice LLP
1502 W 7th St.
STE 100
Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com
313856(CA)

*Counsel for Intervenors*

1

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2026, a true and accurate copy of the forgoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

*/s/ William Austin Hinkle*

*Counsel for Intervenors*