**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

STATE OF MISSOURI, *et al.,*

     Plaintiffs,

v.

DONALD J. TRUMP, *et al.,*

     Defendants.

Civil Action No. 4:24-cv-00520-JAR

## MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO INTERVENE

Under Local Rule 4.01(D), a party may not file "any motion, memorandum, or brief which exceeds fifteen (15) numbered pages" without leave of the Court. Proposed Intervenors respectfully request leave to file a memorandum in support of the motion for leave to intervene totaling 21 pages, exclusive of the signature page and attachments.

The legal issues presented by this motion are complex and significant. As explained in the memorandum, the unusually rapid and complex change in circumstances in this matter creates significant and immediate risks for Proposed Intervenors and similarly situated borrowers. No party currently represents the interests of Proposed Intervenors in this litigation. The memorandum requires a detailed explanation of the procedural history of the case, a factual timeline for the Court's consideration, and analysis of the three elements required to establish Article III standing.

In addition, Rule 24(a) requires consideration of four factors, including the timeliness of the intervention, which itself focuses on three subfactors. The complexity and significance of these issues require more than 15 pages to address adequately. *See Monsanto Co. v. E.I. DuPont*

*de Nemours & Co.*, 2012 WL 5397601, at *9 (E.D. Mo. Nov. 2, 2012) ("Recognizing the complexity of the action and the significance of the issues involved, this Court granted [the] request for a substantial expansion of the briefing page limitations.").

For these reasons, Proposed Intervenors respectfully request leave to file a memorandum exceeding 15 pages. The memorandum is 21 pages.

Date: March 13, 2026

Respectfully submitted,

*/s/ William Austin Hinkle*
William Austin Hinkle
Public Goods Practice LLP
1502 W 7th St.
STE 100
Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com
313856(CA)

*Counsel for Intervenors*

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2026, a true and accurate copy of the forgoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

*/s/ William Austin Hinkle*

*Counsel for Intervenors*