# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 4:24-cv-00520-JAR |

## MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE MEMORANDUM IN SUPPORT OF THE MOTION TO RECONSIDER ORDER

Under Local Rule 4.01(D), a party may not file "any motion, memorandum, or brief which exceeds fifteen (15) numbered pages" without leave of the Court. Proposed Intervenors respectfully request leave to file a memorandum in support of the motion to reconsider totaling 21 pages, exclusive of the signature page and attachments.

The legal issues presented by this motion are complex and significant. The implications for Proposed Intervenors and the millions of similarly situated borrowers are severe and require careful analysis. The standard for granting a motion to reconsider is high, and meeting that burden requires detailed legal analysis across multiple independent grounds.

The unusually rapid and complex change in procedural posture over the past two weeks is itself significant. The order entered by this Court at the direction of the Eighth Circuit vacated an entire federal regulation that underwent a lengthy formal rulemaking process — a drastic action with immediate and irreversible consequences for millions of borrowers.

The proposed memorandum addresses manifest legal errors requiring detailed analysis of the facts and application of the law across three independent grounds for reconsideration.

Recognizing the complexity and significance of issues of this kind, courts in this district have granted requests for expanded briefing page limits. *See Monsanto Co. v. E.I. DuPont de Nemours & Co.*, 2012 WL 5397601, at *9 (E.D. Mo. Nov. 2, 2012) ("Recognizing the complexity of the action and the significance of the issues involved, this Court granted [the] request for a substantial expansion of the briefing page limitations.").

    For these reasons, Proposed Intervenors respectfully request leave to file a memorandum exceeding 15 pages. The memorandum is 21 pages.

Date: March 13, 2026

Respectfully submitted,

*/s/ William Austin Hinkle*
William Austin Hinkle
Public Goods Practice LLP
1502 W 7th St.
STE 100
Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com
313856(CA)

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2026, a true and accurate copy of the forgoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

*/s/ William Austin Hinkle*

*Counsel for Intervenors*