**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 4:24-cv-00520-JAR |
| DONALD J. TRUMP, *et al.,* | |
| Defendants. | |

## MOTION TO RECONSIDER

Pursuant to Federal Rule of Civil Procedure 59(e), Proposed Intervenors Heather Havens, Elizabeth Robeson, Anna Grunseth, and William Boykin ("Proposed Intervenors") respectfully move the Court to reconsider its Order dated March 10, 2026, granting the parties' joint motion [ECF No. 91], vacating the SAVE Final Rule except 34 C.F.R. § 685.209(k)(4)(iv), and closing the case.

Proposed Intervenors respectfully request that the Court amend its order by reversing the consent vacatur of the SAVE Final Rule and remanding the matter without vacatur, leaving any further modification of the Rule to the notice-and-comment rulemaking process the Administrative Procedure Act requires.

In support of this motion, Proposed Intervenors rely on the arguments set forth in the accompanying memorandum.

Date: March 13, 2026

Respectfully submitted,

*/s/ William Austin Hinkle*
William Austin Hinkle
Public Goods Practice LLP
1502 W 7th St.
STE 100
Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com
313856(CA)

*Counsel for Intervenors*

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2026, a true and accurate copy of the forgoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

*/s/ William Austin Hinkle*

*Counsel for Intervenors*