UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.,*<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>       Defendants. | Civil Action No. 4:24-cv-00520-JAR |

**DECLARATION OF HEATHER HAVENS**

I, Heather Havens, declare the following under the penalty of perjury:

I am a resident of California. I have a total of four outstanding federal Direct student loans, and I enrolled in the Saving on a Valuable Education (SAVE) repayment plan to lower my monthly payment and seek loan discharge after completing the terms of the program. I have made enough payments for eligibility to discharge two federal Direct student loans. On these two loans I have made 303 qualifying payments out of the required 300. Under the existing SAVE regulations or the prior REPAYE regulations, I am entitled to loan discharge with an effective date in November or December 2025. I understand I may be eligible for loan cancellation under other income-driven repayment plans if I switch plans, but I am concerned about the possibility that I would have to pay taxes on that discharge. I understand that if I am granted loan discharge under the payment plan, I am already enrolled in, the effective date would fall prior to December 31, 2025, and I would therefore not owe taxes on those discharges.

On the two additional loans that may not be immediately eligible for discharge, I am entitled to enroll in the SAVE Plan which would lower my monthly payments significantly. On March 8, 2026, I used the repayment loan simulator on the Department of Education's website. I entered all the information requested by the simulator. Based on the calculations provided, the lowest IDR payment I am eligible for without SAVE is $592 per month. That is $500 more per month than what I would be required to pay under SAVE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2026                                     */s/ Heather Havens*

                                                                                            Heather Havens

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 4:24-cv-00520-JAR |

**DECLARATION OF WILLIAM BOYKIN**

I, William Boykin, declare the following under the penalty of perjury:

    I am a resident of Pennsylvania. I have outstanding federal Direct student loans, and I originally enrolled in the Saving on a Valuable Education (SAVE) repayment plan to lower my monthly payment and seek loan discharge after completing the terms of the program. Following the initial injunction, I read that the SAVE plan was considered illegal, and borrowers were no longer eligible for any benefits under the program. In January 2025, I applied for a different repayment plan so I could continue paying my loans. That new repayment plan was finally processed in January 2026 when I was placed into a different income-driven repayment plan. I've been under the terms of that program since.

    In total, I have made 117 eligible payments toward loan discharge under the SAVE repayment plan. Under that plan, I am eligible for loan discharge after making 132 payments. If given the opportunity, I would buy back these past 15 months of forbearance to qualify for loan discharge under SAVE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2026 	                               /s/ William Boykin

                                                                                  William Boykin

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 4:24-cv-00520-JAR |

**DECLARATION OF ANNA GRUNSETH**

I, Anna Grunseth, declare the following under the penalty of perjury:

I am a resident of Wisconsin. I have outstanding federal Direct student loans and borrowed $8,583 to attend Mid-State Technical College in Wisconsin Rapids, Wisconsin in 2014. I am enrolled in the Saving on a Valuable Education (SAVE) repayment plan to lower my monthly payment and seek loan discharge after completing the terms of the program. In 2024, my loans were placed into a forbearance that I have remained in until this day. Prior to the forbearance, my monthly payment under SAVE was $11 per month.

In total, I've made 105 eligible payments toward loan discharge under an IDR plan. Under the SAVE plan, I am eligible for loan discharge after making 120 monthly payments. If given the opportunity, I would buy back these past 15 months of forbearance to qualify for loan discharge under SAVE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2026                                          /s/ *Anna Grunseth*

                                                                             Anna Grunseth

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　Defendants. | Civil Action No. 4:24-cv-00520-JAR |

**DECLARATION OF ELIZABETH ROBESON**

I, Elizabeth Robeson, declare the following under the penalty of perjury:

　　　I am a resident of South Carolina. I currently owe over $90,000 in federal student loans which comes from borrowing less than $18,000 to attend the University of Mississippi. In 2025, my adjusted gross income was approximately $8,000 based on the income I earn from Social Security and part-time, hourly work.

　　　I have two outstanding federal Direct student loans, and I enrolled in the Saving on a Valuable Education (SAVE) repayment plan to lower my monthly payment and seek loan discharge after completing the terms of the program. I have made enough payments for eligibility to discharge two federal Direct student loans. On these two loans I have made 325 qualifying payments out of the required 216. Under the existing SAVE regulations or the prior REPAYE regulations, I am entitled to loan discharge with an effective date in April 2024. I understand I may be eligible for loan cancellation under other income-driven repayment plans if I switch plans, but I am concerned about the possibility that I would have to pay taxes on

that discharge. I understand that if I am granted loan discharge under my current payment plan, the effective date would fall prior to December 31, 2025, and I would therefore not owe taxes on those discharges

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2026                              /s/ Elizabeth Robeson

                                                               Elizabeth Robeson