**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br>     *Plaintiffs*, <br><br>   v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>     *Defendants*. | Case No. 4:24-cv-520-JAR |

**NOTICE OF APPEARANCE**

Please take notice that Winston Shi, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter.

Date:   March 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Winston Shi*
STEPHEN M. PEZZI (FL Bar No. 1041279)
Senior Trial Counsel
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendants*