**IN THE U.S. DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**(St. Louis)**

THE STATE OF MISSOURI, *et al.,* )
                                )
    *Plaintiffs,*              )
                                )
    -vs-                        )      Case No. 4:24-cv-00520-JAR
                                )
DONALD J. TRUMP, *et al.*        )
                                )
    *Defendants.*               )

## MOTION TO WITHDRAW

Peter F. Donohue, Sr., currently entered for the Missouri Attorney General, withdraws his appearance on behalf of Plaintiff State of Missouri due to a change in position within the Office.  Separate counsel remains entered in the case representing Plaintiff State of Missouri.

Dated: March 30, 2026        Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ Peter F. Donohue Sr.
Peter F. Donohue Sr., #75835
  General Counsel
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (314) 340-7838
Fax (573) 751-0774
Peter.Donohue@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, the forgoing Motion to Withdraw was filed electronically through the Court's electronic filing system to be served electronically on all parties of record.

/s/ Peter F. Donohue Sr.