**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 4:24-cv-00520-JAR |
| DONALD J. TRUMP, *et al.,* | |
| Defendants. | |

# EXHIBIT 1

## Elizabeth Robeson Account Statement (March 31, 2026)

