**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.,* <br><br> Defendants. | Civil Action No. 4:24-cv-00520-JAR |

# EXHIBIT 2

## Anna Grunseth Account Statement (March 31, 2026)

