**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>    Defendants. | Civil Action No. 4:24-cv-00520-JAR |

# EXHIBIT 4

## Heather Havens Subsidized Loan Details (March 31, 2026)

Case: 4:24-cv-00520-JAR    Doc. #: 113-4    Filed: 04/06/26    Page: 2 of 4 PageID #: 1636



Official Servicer *of*
Federal **Student Aid**

Menu

# Loan Details As of 03/31/2026 (ET)

 Chat

## Loan

> 1-03 DL Consolidated - Subsidized
> All Loans ▼

**Loan Status**
Administrative Forbearance-Ends 10/31/2028

**Repayment Plan**
Saving on a Valuable Education - Ends 05/21/2029

**Repayment Start Date**
08/21/2000

**Estimated Payoff Date**
05/21/2029

**Ready to pay off this loan today?** ⓘ
Here are the amounts:

**Online**
$37,940.82

**By U.S. Mail**
$38,012.14

**Unpaid Principal**
$34,735.32

**Unpaid Interest**
$3,205.50

**Current Balance**
$37,940.82

**Interest Rate**
7.500%
Interest rates on federal student loans are set by Congress.

**Interest Type**
Fixed

**Interest Accrued Through** ⓘ
03/31/2026

**Loan/Borrower Benefits**

**Option**
Interest Rate Reduction - Dl01 ⓘ

**Status**
Elig

**Loan Type** ⓘ
DIRECT

**School**
CONSOLIDATED

**Current Owner**
U.S. DEPARTMENT OF EDUCATION

Case: 4:24-cv-00520-JAR     Doc. #: 113-4     Filed: 04/06/26     Page: 3 of 4 PageID #: 1637

**Guarantor**
DEPT OF ED

**Disbursement Date**
08/21/2000

**Original Principal**
$25,548.82

# LOG IN TO STUDENTAID.GOV

View and learn more about
all your federal student loans.

Go Now

 

**Aidvantage links**

Loan Servicing transfers

Credit Reporting

Military benefits

Disaster relief

**Federal Student Aid (FSA) links**

Public Service Loan Forgiveness (PSLF)

Repaying your loans

Loan repayment options simulator

How to re-certify your income every year

Avoiding loan default

How to identify and avoid student loan scams

State ombudsman offices

Payment Count Adjustments

Official Servicer *of*
Federal **Student Aid**
*An* OFFICE *of the* U.S. DEPARTMENT *of* EDUCATION

Federal Student Aid (FSA) is your federal loan provider. FSA uses servicers (private companies) like Aidvantage to manage billing, questions, and payments, and to help you enroll in the best repayment plan for you.

Learn more about Federal Student Aid ⤤

See your repayment options with *Loan Simulator* ⤤

© Maximus Education, LLC dba Aidvantage. All Rights Reserved. Aidvantage NMLS# 2241381 (**NMLS Consumer Access**)

About Us

Terms of Use

Privacy Policy

Accessibility

Case: 4:24-cv-00520-JAR     Doc. #:  113-4     Filed: 04/06/26     Page: 4 of 4 PageID #: 1638

**Site Map**

**Notices**

**studentaid.gov**

**usa.gov**

Case: 4:24-cv-00520-JAR     Doc. #:  113-4     Filed: 04/06/26     Page: 4 of 4 PageID #: 1638